IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| CHRISTOPHER SCHOONMAKER and<br>JEYMI JULISSA RODRIGUEZ CALDERON,<br><br>        Plaintiffs,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY CO.,<br><br>        Defendant. | Case No. 1:15-cv-00253 |

**JOINT STIPULATION OF DISMISSAL**

This day came the parties, by their respective counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and hereby jointly stipulate that this action be and hereby is dismissed with prejudice, with each party to bear his / her / its own costs and fees. A proposed Agreed Dismissal Order is filed herewith.

                STATE FARM FIRE AND CASUALTY COMPANY

                By:     /s/ *Alexander S. de Witt*
                          Alexander S. de Witt, Esq. (VSB # 42708)
                          BRENNER, EVANS & MILLMAN, P.C.
                          411 East Franklin Street, Suite 200
                          P. O. Box 470
                          Richmond, Virginia  23218-0470
                          Telephone: (804) 644-1300
                          Facsimile: (804) 644-1354
                          E-mail: adewitt@beylaw.com

SEEN AND AGREED:

/s/ *C. Thomas Brown*
C. Thomas Brown, Esq. (VSB # 17339)
SILVER & BROWN, P.C.
10621 Jones Street, Suite 101
Fairfax, Virginia 22030
Telephone: (703) 591-6666
Facsimile: (703) 591-5618
E-mail: tom@virginia-lawyers.net
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of September, 2015, I will electronically file the foregoing JOINT STIPULATION OF DISMISSAL with the Clerk of this Court using the CM/ECF system, which will then send a notification of such filing to any filing user.

By:    /s/ *Alexander S. de Witt*
Alexander S. de Witt, Esq., VSB # 42708
BRENNER, EVANS & MILLMAN, P.C.
411 East Franklin Street, Suite 200
P. O. Box 470
Richmond, Virginia  23218-0470
Telephone: (804) 644-1300
Facsimile: (804) 644-1354
E-mail: adewitt@beylaw.com